Gabriel Del Virginia, Esq. (GD-4951)
**LAW OFFICES OF GABRIEL DEL VIRGINIA**
*Attorneys for*
*the Debtor and Debtor in Possession.*
30 Wall Street-12th Floor,
New York, New York 10005.
Tel.: 212-371-5478
Fax.: 212-371-0460
*gabriel.delvirginia@verizon.net*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

In re

                                                                          Chapter 11

FLAMINGO FUNDING, INC.,

                Debtor.                      Case No. 1-17-46554-NHL.

-------------------------------------------------------------------X

**DECLARATION OF MR. KENNEDY GEORGE PURSUANT TO**
**LOCAL BANKRUPTCY RULE 1007-3.**

        **MR. KENNEDY GEORGE**, being duly sworn, deposes and respectfully says:

        1.    I am the president and sole-shareholder of Flamingo Funding, Inc., the above-captioned debtor and debtor-in-possession (the "Debtor"), and I am familiar with the Debtor's financial affairs.

        2.    The Debtor is a New York corporation, which operates a six-unit, residential rental property in Brooklyn borough of City of New York.

        3.    Set forth below is the status of payment of claims against the Debtor:

| **Claim No.** | **Claimant.** | **Status** |
|---|---|---|
| 1 | New York City Dept of Finance | Paid at closing. |
| 2. | Con Edison. | Paid $1,000. Balance Of $8,000 to be paid. |
| 3. | Miller Ave Funding | Paid at closing. |
| 4. | Internal Revenue Service | Claim resolved at $0.00 (Returns filed) |
| 5. | New York City Water. | Paid at closing. |
| 6. | New York City Fire | Claim reduced and paid. |
| 7. | New York City Dept of Finance | Claim resolved at $0.00 (Returns filed) |

4. Set forth below are the Debtor's disbursements by month and total for those months:

| **Month.** | **Disbursements** |
|---|---|
| September, 2018 | $9,707.00 (Mortgage and insurance) |
| October, 2018 | $9,685.26 (Mortgage and insurance) |
| November, 2018 | $9,703.26 (Mortgage and insurance) |
| December, 2018 | $9,703.26 (Mortgage and insurance) |
| | **Total Disbursements: $38,798.80** |

-3-

I hereby declare, pursuant to 28 U.S.C. §1746 that the foregoing is true to the best of my knowledge, information and belief.

Dated:    December 18, 2018
               Brooklyn, New York

*/s/ Kennedy George*
**MR. KENNEDY GEORGE.**